732

No. 837.   SMITH *v.* RAGEN, WARDEN.   April 24, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 859.   SHEPPARD *v.* NIERSTHEIMER, WARDEN.   April 24, 1944.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 772.   GARDNER *v.* KAISER, WARDEN.   April 24, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 852.   HAINES *v.* BOWLES, CLERK.   April 24, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 872.   HALL *v.* NIERSTHEIMER, WARDEN.   April 24, 1944.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 879.   BERNOVICH *v.* ILLINOIS.   April 24, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 822.   LONG *v.* BENSON, WARDEN.   April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   The motion for leave to file petition for writ of mandamus is also denied.